**Monthly Operating Report**
CASH BASIS

| CASE NAME: | Black Rock Capital, Inc. |
|---|---|
| CASE NUMBER: | 16-30991 |
| JUDGE: | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN & EASTERN DISTRICTS OF TEXAS
### REGION 6
### MONTHLY OPERATING REPORT

MONTH ENDING: __August__ __2018__
                                   MONTH          YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_[signature]_                President
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY    TITLE

Alan W Barksdale                 9-27-18
PRINTED NAME OF RESPONSIBLE PARTY      DATE

**PREPARER:**

_[signature]_                President
ORIGINAL SIGNATURE OF PREPARER         TITLE

Alan W Barksdale                 9-27-18
PRINTED NAME OF PREPARER             DATE

## Monthly Operating Report
### CASH BASIS-1

| CASE NAME: | Black Rock Capital, Inc. |
|---|---|
| CASE NUMBER: | 16-30991 |

| CASH RECEIPTS AND DISBURSEMENTS | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August |
|---|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $ 1,519,957.72 | $ 1,395,881.54 | $ 1,182,228.77 | $ 920,086.57 | $ 675,688.13 | $ 545,569.16 | $ 395,225.80 | $ 213,562.56 |
| RECEIPTS | | | | | | | | |
| 2. CASH SALES | | | | | | | | |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | | | | | | | | |
| 4. LOANS AND ADVANCES | | | | | | | | |
| 5. SALE OF ASSETS | | | | | | | | |
| 6. LEASE & RENTAL INCOME | | | | | | | | |
| 7. WAGES | | | | | | | | |
| 8. OTHER (ATTACH LIST) | $ - | $ 40,000.00 | $ - | $ - | $ 379.76 | $ 158.09 | $ - | $ - |
| 9. TOTAL RECEIPTS | $ - | $ 40,000.00 | $ - | $ - | $ 379.76 | $ 158.09 | $ - | $ - |
| DISBURSEMENTS | | | | | | | | |
| 10. NET PAYROLL | | | | | | | | |
| 11. PAYROLL TAXES PAID | | | | | | | | |
| 12. SALES, USE & OTHER TAXES PAID | | | | | | | | |
| 13. INVENTORY PURCHASES | | | | | | | | |
| 14. MORTAGE PAYMENTS | | | | | | | | |
| 15. OTHER SECURED NOTE PAYMENTS | | | | | | | | |
| 16. RENTAL & LEASE PAYMENTS | | | | | | | | |
| 17. UTILITIES | | | | | | | | |
| 18. INSURANCE | | | | | | | | |
| 19. VEHICLE EXPENSES | | | | | | | | |
| 20. TRAVEL | | | | | | | | |
| 21. ENTERTAINMENT | | | | | | | | |
| 22. REPAIRS & MAINTENANCE | | | | | | | | |
| 23. SUPPLIES | | | | | | | | |
| 24. ADVERTISING | | | | | | | | |
| 25. HOUSEHOLD EXPENSES | | | | | | | | |
| 26. CHARITABLE CONTRIBUTIONS | | | | | | | | |
| 27. GIFTS | | | | | | | | |
| 28. OTHER (ATTACH LIST) | $ 124,076.18 | $ 253,652.77 | $ 262,142.20 | $ 244,398.44 | $ 130,498.73 | $ 150,501.45 | $ 181,663.24 | $ 67,007.24 |
| 29. TOTAL ORDINARY DISBURSEMENTS | $ 124,076.18 | $ 253,652.77 | $ 262,142.20 | $ 244,398.44 | $ 130,498.73 | $ 150,501.45 | $ 181,663.24 | $ 67,007.24 |
| REORGANIZATION EXPENSES | | | | | | | | |
| 30. PROFESSIONAL FEES | | | | | | | | |
| 31. U.S. TRUSTEE FEES | | | | | | | | |
| 32. OTHER (ATTACH LIST) | | | | | | | | |
| 33. TOTAL REORGANIZATION EXPENSES | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 34. TOTAL DISBURSEMENTS | $ 124,076.18 | $ 253,652.77 | $ 262,142.20 | $ 244,398.44 | $ 130,498.73 | $ 150,501.45 | $ 181,663.24 | $ 67,007.24 |
| 35. NET CASH FLOW | $ (124,076.18) | $ (213,652.77) | $ (262,142.20) | $ (244,398.44) | $ (130,118.97) | $ (150,343.36) | $ (181,663.24) | $ (67,007.24) |
| 36. CASH - END OF MONTH | $ 1,395,881.54 | $ 1,182,228.77 | $ 920,086.57 | $ 675,688.13 | $ 545,569.16 | $ 395,225.80 | $ 213,562.56 | $ 146,555.32 |

**Monthly Operating Report**
**CASH BASIS-1**

| CASE NAME: | Black Rock Capital Inc |
|---|---|
| CASE NUMBER: | 16-30991 |

| 8. OTHER (ATTACH LIST) | $ - |
|---|---|
| | - |

**Monthly Operating Report**
**CASH BASIS-1A**

**2018**

| CASE NAME: | Black Rock Capital, Inc. |
|---|---|
| CASE NUMBER: | 16-30991 |

**CASH DISBURSEMENTS DETAIL**  MONTH: August

### CASH DISBURSEMENTS

| DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTAL CASH DISBURSEMENTS** |  |  | $ - |

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 1648 | 08/01/18 | Atmos Energy | Gas | $ 50.80 |
| 1649 | 08/01/18 | Pitney Bowes | Postage | $ 45.34 |
| 1650 | 08/01/18 | Angel Industrial | Rent | $ 3,388.28 |
| 1651 | 08/01/18 | WP Software | Accounting Software | $ 408.33 |
| 1652 | 08/02/18 | Alan Barksdale | Expense Reimbursemen | $ 4,378.45 |
| 1653 | 08/07/18 | Willis of Texas | Insurance | $ 34,278.00 |
| ACH | 08/08/18 | RMR Operating | JIB | $ 2,500.00 |
| 1654 | 08/09/18 | CWD Community Waste | Trash | $ 132.72 |
| 1655 | 08/09/18 | Network Billing - Fusion | Telephones | $ 177.78 |
| ACH | 08/09/18 | Amigo Energy | Electricity | $ 1,336.11 |
| ACH | 08/09/18 | RMR Operating | JIB | $ 15,863.86 |
| 1656 | 08/20/18 | Time Warner Cable | Internet | $ 1,009.29 |
| ACH | 08/20/18 | Red Mountain Resources | Expense Reimbursemen | $ 50.00 |
| 1657 | 08/31/18 | Angel Industrial | Rent | $ 3,388.28 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | **TOTAL BANK ACCOUNT DISBURSEMENTS** |  | $ 67,007.24 |

| TOTAL DISBURSEMENTS FOR THE MONTH | $ 67,007.24 |
|---|---|
|  | $ - |

**Monthly Operating Report**
CASH BASIS-2

| CASE NAME: | Black Rock Capital, Inc. |
|---|---|
| CASE NUMBER: | 16-30991 |

| BANK RECONCILIATIONS | Acct #1 | Acct #2 | Acct #3 | |
|---|---|---|---|---|
| A. BANK: | | Independent B | Receivable - INS | |
| B. ACCOUNT NUMBER: | 1378 | 5810 | | TOTAL |
| C. PURPOSE (TYPE): | DIP Acct | General Account | | |
| 1. BALANCE PER BANK STATEMENT | $ 140,542.48 | | $ - | $ 140,542.48 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | | | | $ - |
| 3. SUBTRACT: OUTSTANDING CHECKS | $ 3,388.28 | | | $ 3,388.28 |
| 4. OTHER RECONCILING ITEMS | | | $ 9,401.12 | $ 9,401.12 |
| 5. MONTH END BALANCE PER BOOKS | $ 137,154.20 | $ - | $ 9,401.12 | $ 146,555.32 |
| 6. NUMBER OF LAST CHECK WRITTEN | 1657 | | | $ - |

| INVESTMENT ACCOUNTS | | | | |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. TOTAL INVESTMENTS | | | $ - | $ - |

| CASH | |
|---|---|
| 12. CURRENCY ON HAND | $ - |
| 13. TOTAL CASH - END OF MONTH | $ 146,555.32 |

# Monthly Operating Report
## CASH BASIS-3

| CASE NAME: | Black Rock Capital, Inc. |
|---|---|
| CASE NUMBER: | 16-30991 |

### ASSETS OF THE ESTATE

| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August |
|---|---|---|---|---|---|---|---|---|---|
| 1. New Mexico and Texas Properties | $3,455,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. OTHER (ATTACH LIST) | | | | | | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | $3,455,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 |
| **SCHEDULE "B" PERSONAL PROPERTY** | | | | | | | | | |
| 1. CASH ON HAND | | | | | | | | | |
| 2. CHECKING, SAVINGS, ETC. | | $1,395,881.54 | $1,182,228.77 | $920,086.57 | $675,688.13 | $545,569.16 | $395,225.80 | $213,562.56 | $146,555.32 |
| 3. SECURITY DEPOSITS | $ - | $110.00 | $110.00 | $110.00 | $110.00 | $110.00 | $110.00 | $110.00 | $110.00 |
| 4. HOUSEHOLD GOODS | | | | | | | | | |
| 5. BOOKS, PICTURES, ART | | | | | | | | | |
| 6. WEARING APPAREL | | | | | | | | | |
| 7. FURS AND JEWELRY | | | | | | | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | | | | | | | | | |
| 9. INSURANCE POLICIES | | | | | | | | | |
| 10. ANNUITIES | | | | | | | | | |
| 11. EDUCATION | | | | | | | | | |
| 12. RETIREMENT & PROFIT SHARING | | | | | | | | | |
| 13. STOCKS | | | | | | | | | |
| 14. PARTNERSHIPS & JOINT VENTURES | | | | | | | | | |
| 15. GOVERNMENT & CORPORATE BONDS | | | | | | | | | |
| 16. ACCOUNTS RECEIVABLE | | $2,693,757.03 | $2,910,799.60 | $3,112,916.44 | $3,336,395.67 | $3,651,387.78 | $3,542,035.60 | $3,668,601.69 | $3,651,387.78 |
| 17. ALIMONY | | | | | | | | | |
| 18. OTHER LIQUIDATED DEBTS | | | | | | | | | |
| 19. EQUITABLE INTERESTS | | | | | | | | | |
| 20. CONTINGENT INTERESTS | | | | | | | | | |
| 21. OTHER CLAIMS | | | | | | | | | |
| 22. PATENTS & COPYRIGHTS | | | | | | | | | |
| 23. LICENSES & FRANCHISES | | | | | | | | | |
| 24. CUSTOMER LISTS | | | | | | | | | |
| 25. AUTOS, TRUCKS & OTHER VEHICLES | | | | | | | | | |
| 26. BOATS & MOTORS | | | | | | | | | |
| 27. AIRCRAFT | | | | | | | | | |
| 28. OFFICE EQUIPMENT | | | | | | | | | |
| 29. MACHINERY, FIXTURES & EQUIPMENT | | | | | | | | | |
| 30. INVENTORY | | | | | | | | | |
| 31. ANIMALS | | | | | | | | | |
| 32. CROPS | | | | | | | | | |
| 33. FARMING EQUIPMENT | | | | | | | | | |
| 34. FARM SUPPLIES | | | | | | | | | |
| 35. OTHER (ATTACH LIST) | $ - | | | | | | | | |
| 36. TOTAL PERSONAL PROPERTY ASSETS | $ - | $4,089,748.57 | $4,093,138.37 | $4,033,113.01 | $4,012,193.80 | $4,197,066.94 | $3,937,371.40 | $3,882,274.25 | $3,798,053.10 |
| 37. TOTAL ASSETS | $3,455,000.00 | $4,144,748.57 | $4,148,138.37 | $4,088,113.01 | $4,067,193.80 | $4,252,066.94 | $3,992,371.40 | $3,937,274.25 | $3,853,053.10 |

**Monthly Operating Report**
**CASH BASIS-4**

**CASE NAME:** Black Rock Capital, Inc.
**CASE NUMBER:** 16-30991

**MONTH:** August

### LIABILITIES OF THE ESTATE

| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|
| 1. SECURED | $ - | $ - |
| 2. PRIORITY | | |
| 3. UNSECURED | $ 24,068.43 | |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL PREPETITION LIABILITIES | $ 24,068.43 | $ - |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES | | | | |
| 2. FICA/MEDICARE | | | | |
| 3. STATE TAXES | | | | |
| 4. REAL ESTATE TAXES | | | | |
| 5. OTHER TAXES (ATTACH LIST) Ad Valorem | | | | |
| 6. TOTAL TAXES | | $ - | | $ - |
| OTHER POSTPETITION LIABILITIES INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. (IF ADDITIONAL ATTACH LIST) | | | | |
| 30. TOTAL OF LINES 7 - 29 | | $ - | | $ - |
| 31. TOTAL POSTPETITION LIABILITIES | | $ - | | $ - |

**Monthly Operating Report**
**CASH BASIS-4A**

| CASE NAME: | Black Rock Capital, Inc. |
|---|---|
| CASE NUMBER: | 16-30991 |

MONTH: August

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH | MONTH | MONTH August |
|---|---|---|---|---|
| 1. 0 - 30 | | | | $ 9,362.09 |
| 2. 31 - 60 | | | | $ 134,494.11 |
| 3. 61 - 90 | | | | $ 92,536.24 |
| 4. 91 + | | | | $ 3,414,995.34 |
| 5. TOTAL ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ 3,651,387.78 |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | | | | |
| 7. ACCOUNTS RECEIVABLE (NET) | $ - | $ - | $ - | $ 3,651,387.78 |

| AGING OF POSTPETITION TAXES AND PAYABLES TAXES PAYABLE | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
|---|---|---|---|---|
| 1. FEDERAL | | | | $ - |
| 2. STATE | | | | $ - |
| 3. LOCAL | | | | $ - |
| 4. OTHER (ATTACH LIST) | | | | $ - |
| 5. TOTAL TAXES PAYABLE | $ - | $ - | $ - | $ - |
| 6. ACCOUNTS PAYABLE | $ - | | | $ - |

| STATUS OF POSTPETITION TAXES FEDERAL | BEGINNING TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| 1. WITHHOLDING | | | | $ - |
| 2. FICA-EMPLOYEE | | | | $ - |
| 3. FICA-EMPLOYER | | | | $ - |
| 4. UNEMPLOYMENT | | | | $ - |
| 5. INCOME | | | | $ - |
| 6. OTHER (ATTACH LIST) | | | | $ - |
| 7. TOTAL FEDERAL TAXES | $ - | $ - | $ - | $ - |
| STATE AND LOCAL | | | | $ - |
| 8. WITHHOLDING | | | | $ - |
| 9. SALES | | | | $ - |
| 10. EXCISE | | | | $ - |
| 11. UNEMPLOYMENT | | | | $ - |
| 12. REAL PROPERTY | | | | $ - |
| 13. PERSONAL PROPERTY | | | | $ - |
| 14. OTHER (ATTACH LIST) | | | | $ - |
| 15. TOTAL STATE & LOCAL | $ - | $ - | $ - | $ - |
| 16. TOTAL TAXES | $ - | $ - | $ - | $ - |

**Monthly Operating Report**
**CASH BASIS-5**

| CASE NAME: | Black Rock Capital, Inc. |
|---|---|
| CASE NUMBER: | 16-30991 |

MONTH: _____ August

### PAYMENTS TO INSIDERS AND PROFESSIONALS

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| TOTAL PAYMENTS TO INSIDERS | | $ - | $ - |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $ - | $ - | $ - | $ - |

### POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $ - | $ - | $ - |

**Monthly Operating Report**
CASH BASIS-6

**2018**

| CASE NAME: | Black Rock Capital, Inc. |
|---|---|
| CASE NUMBER: | 16-30991 |

MONTH: August

### QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES", PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. PLEASE ITEMIZE POLICIES BELOW | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO" OR IF ANY POLICIES HAVE BEEN CANCELED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|---|
| GL AUTO PROP UMB | St Paul Fire and Marine | 8/1/2018 - | 8/1/2019 | Paid in full |
| Worker's Compensation, Emp | Travelers Casualty & Su | 8/1/2018 - | 8/1/2019 | Paid in full |

# ◈ BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
█████████78

Statement Period:
08-01-18 to 08-31-18

0000907 T0925209011812055100 00000 03 100000000 00127742 002 TEXRG3

BLACK ROCK CAPITAL BANKRUPTCY ACCT
DEBTOR IN POSSESSION CASE #16-30991-11
JNTLY ADMINISTERED CASE #16-30988-BJH-11
US BANKRUPTCY COURT N TX-GENERAL OP ACCT
14282 GILLIS ROAD
FARMERS BRANCH TX  75244

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

www.bankoftexas.com

9 Images Provided Page 1 of 4

## BANKRUPTCY CHECKING

ACCOUNT: █████████78

Statement Period from 08-01-18 through 08-31-18

| | | | |
|---|---|---|---:|
| $ | | Starting Balance | 204,161.44 |
| + | 0 | Deposits | .00 |
| − | 13 | Checks & Withdrawals | 63,618.96 |
| − | | Service Fees | .00 |
| = | | Ending Balance | 140,542.48 |

### WITHDRAWALS

| Date | | Amount |
|---|---|---:|
| 08-08 | TRANSFER TO CHECKING ████1345 | 2,500.00 |
| 08-09 | TRANSFER TO CHECKING ████1345 | 15,863.86 |
| 08-13 | AMIGO ENERGY       DEBIT DEBIT *****60155 | 1,336.11 |
| 08-20 | TRANSFER TO CHECKING ████1312 | 50.00 |

### ✓ CHECKS    (* Indicates a break in check number sequence)
(RTND Indicates a RETURNED CHECK)

| Date | Number | Amount | Date | Number | Amount |
|---|---|---:|---|---|---:|
| 08-15 | 1648 | 50.80 | 08-16 | 1653 | 34,278.00 |
| 08-10 | 1649 | 45.34 | 08-17 | 1654 | 132.72 |
| 08-13 | 1650 | 3,388.28 | 08-17 | 1655 | 177.78 |
| 08-07 | 1651 | 408.33 | 08-24 | 1656 | 1,009.29 |
| 08-02 | 1652 | 4,378.45 | | | |



**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**

014  000008095801378  000000003947980  08312018  0025               00000907-0031814-0001-0004-T0925209011812055100-03-L


**BANK OF TEXAS**

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

**Change of Address** - It is the responsibility of the account holder to notify us promptly of any change in mailing address to avoid delays in delivery. Please call the number listed on the front of your statement or visit a banking center to change your address.

Page 2

**Balancing Your Account:**

Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges including those in this statement.

| A. Enter deposits not shown on this statement. | B. Enter all checks, withdrawals and bank charges not shown on this or any prior statement. | C. Follow instructions below to compare transactions recorded on your statement with those in your account register. |
|---|---|---|

| Date of Deposit | Amount | Outstanding Item | Amount | |
|---|---|---|---|---|
| | | | | **New Balance** |
| | | | | **Shown on other side** _____ |
| | | | | |
| | | | | **Plus (+)** |
| | | | | **Total A** _____ |
| | | | | |
| | | | | **Equals (=)** _____ |
| | | | | |
| | | | | **Minus (-)** |
| | | | | **Total B** _____ |
| | | | | |
| **Total A** | | **Total B** | | **Equals (=)** |
| | | | | **Your current register balance** _____ |

## *Electronic Transfer Rights Summary*

*In Case of Errors or Questions About Your Electronic Transfers*
*Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your statement after the words "Direct Inquiries To" or write us at:

*Bank of Texas N A*
*Attn: Customer Service*
*P.O. Box 29775*
*Dallas, TX 75229-0775*

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
████████78

Statement Period:
08-01-18 to 08-31-18

BLACK ROCK CAPITAL BANKRUPTCY ACCT
DEBTOR IN POSSESSION CASE #16-30991-11
JNTLY ADMINISTERED CASE #16-30988-BJH-11
US BANKRUPTCY COURT N TX-GENERAL OP ACCT
14282 GILLIS ROAD
FARMERS BRANCH TX   75244

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

www.bankoftexas.com

9 Images Provided Page 3 of 4

## DAILY ACCOUNT BALANCE

| Date  | Balance    | Date  | Balance    | Date  | Balance    |
|-------|------------|-------|------------|-------|------------|
| 07-31 | 204,161.44 | 08-09 | 181,010.80 | 08-16 | 141,912.27 |
| 08-02 | 199,782.99 | 08-10 | 180,965.46 | 08-17 | 141,601.77 |
| 08-07 | 199,374.66 | 08-13 | 176,241.07 | 08-20 | 141,551.77 |
| 08-08 | 196,874.66 | 08-15 | 176,190.27 | 08-24 | 140,542.48 |

### SERVICE FEE BALANCE INFORMATION

| AVG LEDGER BALANCE | 164,811.92 | AVG COLLECTED BAL | 164,811.92 |
|---|---|---|---|
| MINIMUM LEDGER BAL | 140,542.48 | | |



# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

BLACK ROCK CAPITAL BANKRUPTCY ACCT
DEBTOR IN POSSESSION CASE #16-30991-11

PRIMARY ACCOUNT
██████78

Statement Period:
08-01-18 to 08-31-18

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

Page 4 of 4

---

BANKRUPTCY CHECKING - ██████378

| Check # | Amount |
|---|---|
| 1648 | $50.80 |
| 1649 | $45.34 |
| 1650 | $3,388.28 |
| 1651 | $408.33 |
| 1652 | $4,378.45 |
| 1653 | $34,278.00 |
| 1654 | $132.72 |
| 1655 | $177.78 |
| 1656 | $1,009.29 |